No. 88–42.  HALLSTROM ET UX. *v.* TILLAMOOK COUNTY. C. A. 9th Cir.  [Certiorari granted, 489 U. S. 1077.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–1000.  NEW YORK *v.* HARRIS.  Ct. App. N. Y.  [Certiorari granted, *ante*, p. 1018.]  Motion of respondent for leave to proceed *in forma pauperis* granted.  Motion of respondent to dismiss writ as improvidently granted denied.

No. 87–2048.  TEXACO INC. *v.* HASBROUCK, DBA RICK'S TEXACO, ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 88–1480.  REVES ET AL. *v.* ARTHUR YOUNG & CO.  C. A. 8th Cir.  Certiorari granted.

No. 87–2056.  YESHIVA UNIVERSITY *v.* SOBEL.  C. A. 2d Cir. Certiorari denied.

No. 88–206.  TUCKER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 88–520.  ROBINSON *v.* ADAMS ET AL.  C. A. 9th Cir. Certiorari denied.

No. 88–699.  INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRONWORKERS, AFL–CIO *v.* BERGER ET AL.; and
No. 88–820.  IRON WORKERS REINFORCED RODMEN, LOCAL 201 *v.* BERGER ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–797.  VINCENT *v.* MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 88–897.  ASHENBAUGH ET AL. *v.* CRUCIBLE INC. 1975 SALARIED RETIREMENT PLAN.  C. A. 3d Cir.  Certiorari denied.